**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| RODOLFO RUIZ-MONTES DE OCA, | No. 10-72832 |
| Petitioner, | Agency No. A097-351-699 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted September 10, 2012[**]

Before:     WARDLAW, CLIFTON, and N.R. SMITH, Circuit Judges.

Rodolfo Ruiz-Montes De Oca, a native and citizen of Mexico, petitions pro

se for review of the Board of Immigration Appeals' ("BIA") order denying his

motion to reopen.  Our jurisdiction is governed by 8 U.S.C. § 1252.  We review for

abuse of discretion the denial of a motion to reopen.  *Mohammed v. Gonzales,* 400

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

F.3d 785, 791 (9th Cir. 2005). We deny in part and dismiss in part the petition for review.

Ruiz-Montes De Oca fails to raise, and therefore has waived, any challenge to the BIA's determination that reopening in response to his third motion to reopen is not warranted under *Delgado-Ortiz v. Holder,* 600 F.3d 1148 (9th Cir. 2010). *See Martinez-Serrano v. INS,* 94 F.3d 1256, 1259-60 (9th Cir. 1996) (issues that are not specifically raised and argued in a party's opening brief are waived).

We lack jurisdiction to review the BIA's March 16, 2007, order dismissing Ruiz-Montes De Oca's direct appeal of the immigration judge's decision because this petition for review is not timely as to that order. *See Singh v. INS,* 315 F.3d 1186, 1188 (9th Cir. 2003).

**PETITION FOR REVIEW DENIED in part; DISMISSED in part.**